IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PAUL WAHLSTROM                                           PLAINTIFF

vs.                             Civil No. 04-4149

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                 DEFENDANT

## **JUDGMENT**

Comes now the Court on this 22nd day of November, 2005, in accordance with the Memorandum Opinion filed in the above styled case on today's date, and hereby considers, orders and adjudges that the United States district court clerk administratively terminate the instant case. Further, the defendant is directed to supplement the administrative record, as appropriate, within 60 days from the date this Judgment is entered. Should the defendant be unable to so supplement the record, she is further directed to notify the undersigned as such. An appropriate motion may then be entertained by the Court.

        IT IS SO ORDERED.

                                              /s/ Bobby E. Shepherd
                                              HONORABLE BOBBY E. SHEPHERD
                                              UNITED STATES MAGISTRATE JUDGE